

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH L. MIZZONI, | )<br>) |
| Plaintiff, | )<br>) 3:11-cv-00186-ECR-VPC |
| vs. | )<br>) |
| STATE OF NEVADA, *et al.*, | ) **ORDER**<br>) |
| Defendants. | )<br>) |

On May 11, 2011, this court dismissed plaintiff's complaint and granted him leave to file an amended complaint as to certain claims (docket #10). On May 25, 2011, plaintiff filed a notice of appeal to the Ninth Circuit Court of Appeals (docket #13). His appeal was dismissed for lack of jurisdiction on July 7, 2011 (docket #16). Accordingly, plaintiff has thirty (30) days from the date of entry of this Order to file his amended complaint, if he chooses to file one, in conformance with this court's Order of May 11, 2011.

Plaintiff also has filed a motion seeking the known address of defendant Adam Endel (docket #12). This motion is premature and therefore is denied. If plaintiff files an amended complaint that the court determines sets forth claims that shall proceed, and any defendants do not accept service, plaintiff shall file a motion requesting the court's assistance at that time.

**IT IS THEREFORE ORDERED** that plaintiff has thirty days (30) from the date this Order is entered to file his amended complaint, if he chooses to file one, in conformance with this court's Screening Order of May 11, 2011 (docket #10).

**IT IS FURTHER ORDERED** that plaintiff is expressly warned that failure to file an amended complaint will result in the dismissal of this entire action.

**IT IS FURTHER ORDERED** that plaintiff's motion seeking permission to order NDOC to give last known address to complete summons and complaint to Adam Endel (docket #12) is **DENIED** as premature.

DATED this 11th day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE