```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                          RENO, NEVADA

JOSEPH L. MIZZONI,              )    3:11-cv-00186-ECR-VPC
                                )
        Plaintiff,              )    MINUTES OF THE COURT
                                )
vs.                             )    DATE: July 12, 2011
                                )
The State of Nevada, in Relation)
to the Nevada Department of     )
Corrections, Warden,            )
E.K. McDANIEL, Serg Office,     )
RONALD BRYANT, Assistant Warden of )
Programs, ADAM ENDEL,           )
                                )
        Defendants.             )
_____)

PRESENT:     EDWARD C. REED, JR.                U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN       Reporter:    NONE APPEARING
Counsel for Plaintiff(s)                   NONE APPEARING

Counsel for Defendant(s)                   NONE APPEARING
```

MINUTE ORDER IN CHAMBERS

On May 11, 2011, the Court entered its Order (#10), which provided that Plaintiff would have thirty (30) days within which to file an amended complaint addressing the deficiencies in the original complaint noted in our Order (#10).

In response to our Order (#10), Plaintiff re-filed (#11) his original complaint. This does not cure the deficiencies pointed out in our Order (#10).

**THEREFORE ORDERED** that Plaintiff shall have an additional twenty-eight (28) days within which to file an amended complaint in accordance with our Order (#10). If Plaintiff fails to do so, the action will be dismissed.


                                           LANCE S. WILSON, CLERK

                                           By       /s/
                                                Deputy Clerk