UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSEPH L. MIZZONI, | ) | |
| | ) | |
| Plaintiff, | ) | 3:11-cv-00186-ECR-VPC |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| STATE OF NEVADA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

On May 11, 2011, this court dismissed plaintiff's complaint and granted him leave to file an amended complaint as to certain claims (docket #10). On May 25, 2011, plaintiff filed a notice of appeal to the Ninth Circuit Court of Appeals (docket #13). His appeal was dismissed for lack of jurisdiction on July 7, 2011 (docket #16, Order on mandate docket #24).

Thereafter, on July 28, 2011, the court issued an Order directing plaintiff to file his amended complaint within thirty (30) days (docket #20). The court expressly warned plaintiff that failure to respond to this court's order would result in dismissal of this action. The order was served on plaintiff at his address of record.

More than the allotted time has elapsed and plaintiff has not responded to the court's order in any manner. Accordingly, this entire action is dismissed for failure to comply with the court's order.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED with prejudice** for the failure of plaintiff to file an amended complaint. The Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 30th day of September 2011.

*Edward C. Reed.*
UNITED STATES DISTRICT JUDGE

2