AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*             DISTRICT OF   NEVADA

JOSEPH L. MIZZONI,

    Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

                           CASE NUMBER:  **3:11-cv-00186-ECR-VPC**

STATE OF NEVADA, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** for the failure of plaintiff to file an amended complaint.

  October 3, 2011                                **LANCE S. WILSON**
                                                               Clerk

                                                             /s/ D. R. Morgan
                                                              Deputy Clerk