## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSEPH L. MIZONI, | ) | 3:11-cv-00186-ECR (WGC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 4, 2011 |
| | ) | |
| STATE OF NEVADA ex rel. NEVADA | ) | |
| DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: __JENNIFER COTTER__     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion to Respond to Defendant's Notice of Plaintiff's Non-Compliance with Order (Doc. #27). However, on October 3, 2011, the court filed its order dismissing this case with prejudice (Doc. #25) and Judgment of Dismissal with prejudice for failure of plaintiff to file an amended complaint (Doc. #26).

Therefore, since Plaintiff's complaint has previously been dismissed with prejudice, the Motion to Respond to Defendant's Notice of Plaintiff's Non-Compliance with Order (Doc. #27) is **DENIED** as moot.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: __/s/_____
     Deputy Clerk