# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH L. MIZZONI, | ) |
| | ) |
| Plaintiff, | )  3:11-cv-00186-LRH-WGC |
| | ) |
| vs. | ) |
| | )  **ORDER** |
| STATE OF NEVADA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

This is a prisoner civil rights complaint filed pursuant to 42 U.S.C. § 1983. On January 29, 2013, the court issued a Screening Order that imposed a 90-day stay in order to allow the parties to discuss settlement (ECF #42). Accordingly, defendants' status report was due at the end of the stay period on April 29, 2013. To date, the court has not received defendants' status report.

**IT IS THEREFORE ORDERED** that defendants' shall file their Report of the Attorney General Re: Results of the 90-Day Stay within **seven (7) days** of the date of entry of this order.

DATED: May 16, 2013.

_____
UNITED STATES MAGISTRATE JUDGE