UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSEPH L. MIZZONI, | ) | 3:11-cv-00186-HDM-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 16, 2013 |
| | ) | |
| STATE OF NEVADA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Compel Discovery. (Doc. # 59.)  Plaintiff asks the court to compel Defendants to answer discovery which he served the same day as he filed his motion. (*See*, Doc. # 60.) Defendants have opposed the motion (Doc. # 61) and Plaintiff has replied (Doc. # 62).

Plaintiff is advised to consult the Federal Rules of Civil Procedure, and more specifically, Rules 26-37 which govern discovery.  A party has 30 days to respond to interrogatories, requests for admissions or requests for production of documents.  *See*, Fed. R. Civ. P. 22, 23 and 26.  If the propounding party determines the responses or objections are inadequate, only after meeting and conferring to attempt to resolve the dispute may a party file a motion to compel under Rule 37.

Plaintiff has failed to comply with these rules, therefore, Plaintiff's motion (Doc. # 59) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
Deputy Clerk