AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JOSEPH L. MIZZONI,

      Plaintiff,              JUDGMENT IN A CIVIL CASE

V.

                                CASE NUMBER:  **3:11-cv-00186-LRH-WGC**

STATE OF NEVADA, ex. rel. NEVADA
DEPARTMENT OF CORRECTIONS, et al.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Defendants and against Plaintiff.

  August 20, 2014                                  **LANCE S. WILSON**
                                                       Clerk

                                                  /s/ D. R. Morgan
                                                      Deputy Clerk